IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEA WORLD PARKS AND
ENTERTAINMENT, LLC AND
LIBERTY MUTUAL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellants,

CASE NO. 1D15-517

v.

LUIS DIAZ,

     Appellee.

_____/

Opinion filed October 16, 2015.

An appeal from an order of the Judge of Compensation Claims.
Ellen H. Lorenzen, Judge.

Date of Accident: October 31, 2013.

Daniel T. Jaffe of Rissman, Barrett, Hurt, Donahue & McLain, P.A., Tampa, for
Appellants.

Michael J. Winer of the Law Office of Michael J. Winer, P.A., Tampa, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.